# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# BEAUMONT DIVISION

| | | |
|---|---|---|
| PATRICIA POTTS | § | |
| | § | |
| V. | § | 1:07-CV-632 |
| | § | |
| STATE OF TEXAS, ET AL. | § | |

## ORDER ADOPTING
## MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

The court referred this matter to the Honorable Earl S. Hines, United States magistrate judge, for pretrial proceedings pursuant to General Order 05-07. Judge Hines recused himself pursuant to 28 U.S.C. § 455(b), and transferred the action to the Honorable Keith F. Giblin, United States magistrate judge, under General Order 07-03. The court has received and considered the report of the United States magistrate judge, who recommends that the court dismiss plaintiff's case as malicious and frivolous.

The magistrate judge's report is hereby **ADOPTED**. The purpose of the referral having been served, it is further

**ORDERED** that the reference to the magistrate judge is **VACATED**.

**SIGNED** this the **26** day of **September, 2008.**

_____
Thad Heartfield
United States District Judge